UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK RUBENSTEIN, <br><br> Plaintiff, <br><br> v. <br><br> KNIGHT-SWIFT TRANSPORTATION HOLDINGS INC., <br><br> Nominal Defendant, <br><br> and <br><br> JERRY C. MOYES and VICKIE MOYES, <br><br> Defendants. | No. 19-cv-7802-KPF <br><br> _____ <br> (ECF Case) |

**PLEASE TAKE NOTICE** that upon the accompanying Brief (and attached Exhibits), and the pleadings, Plaintiff New Concept Energy, Inc. hereby moves the Court for Reconsideration of the Court's Dismissal of Count I of the First Amended Complaint, or for Leave to File Proposed Second Amended Complaint.

Dated:  October 22, 2020
       New York, NY

*s/ Miriam Tauber*

_____
Miriam Tauber (MT-1979)
MIRIAM TAUBER LAW PLLC
885 Park Ave. 2A, New York NY 10075
(323) 790-4881 | MiriamTauberLaw@gmail.com

*s/ David Lopez*

David Lopez (DL-6779)
LAW OFFICES OF DAVID LOPEZ
PO Box 323 | 171 Edge of Woods Rd.
631-287-5520 | DavidLopezEsq@aol.com

*Attorneys for Plaintiff Mark Rubenstein*