**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARK RUBENSTEIN,

                     Plaintiff,

        -against-                               19 **CIVIL** 7802 (KPF)

                                                                      <u>**JUDGMENT**</u>

KNIGHT-SWIFT TRANSPORTATION
HOLDINGS INC.,

                     Nominal Defendant,

JERRY C. MOYES and VICKIE MOYES,

                     Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 28, 2023, Defendants' motion for summary

judgment is GRANTED, and Plaintiff's cross-motion to exclude is DENIED IN PART and

DENIED AS MOOT IN PART; accordingly, the case is closed.

**Dated:** New York, New York

     March 28, 2023

                                           **RUBY J. KRAJICK**

                                    _____
                                        **Clerk of Court**

                  **BY:**      K. Mango

                                      _____
                                          **Deputy Clerk**